IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Emily Grace Yancy and Jesse Yancy, | ) | C.A. No.: _:__-CV-____-___ |
| | ) | |
| Plaintiffs, | ) | **LOCAL RULE 26.01 INITIAL** |
| | ) | **DISCLOSURES OF DEFENDANTS** |
| v. | ) | **GREENVILLE COUNTY,** |
| | ) | **GREENVILLE COUNTY SHERIFF'S** |
| Greenville County; Greenville County Sheriff's Office; Carolina Garrison, in her individual capacity, Ashley Bratcher, in her individual capacity; Ramon Rivera, in his individual capacity; and Mark Harden, in his individual capacity, | ) ) ) ) ) ) ) | **OFFICE, CAROLINA GARRISON, ASHLEY BRATCHER, RAMON RIVERA, AND MARK HARDEN** |
| | ) | |
| Defendants. | ) | |

Defendants Greenville County, Greenville County Sheriff's Office, Carolina Garrison, Ashley Bratcher, Ramon Rivera, and Mark Harden submit the following answers to the Court's Local Rule 26.01 interrogatories:

**1.     State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.**

RESPONSE:  Defendants have not been provided with notice that any person or legal entity may have a subrogation interest.

**2.     As to each claim, state whether it should be tried jury or nonjury and why.**

RESPONSE:  All claims should be tried by a jury because the claims are triable by a jury.

**3.     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent**

or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

RESPONSE: Defendants are not publicly owned companies.

4. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civil Rule 3.01.

RESPONSE: This Division is appropriate because a substantial part of the events giving rise to this Action are alleged to have occurred in Greenville County, South Carolina.

5. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

RESPONSE: No.

6. If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

RESPONSE: Defendants are properly identified.

7. **If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.**

RESPONSE: At this time, these Defendants do not contend that some other person or legal entity is, in whole or in part, liable to them or to Plaintiffs.

8. **In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332 (a), a party or intervenor must, unless the court orders otherwise, name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the Court's jurisdiction under § 1332(a).**

RESPONSE: Not applicable.

s/Stephanie H. Burton
Stephanie H. Burton (#5009)
GIBBES BURTON, LLC
308 East Saint John Street
Spartanburg, SC 29302
sburton@gibbesburton.com
Telephone: (864) 327-5000
Facsimile: (864) 342-6884

*Attorneys for Defendants Greenville County, Greenville County Sheriff's Office, Carolina Garrison, Ashley Bratcher, Ramon Rivera, and Mark Harden*

Spartanburg, South Carolina
November 21, 2025